OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR**
2/25/2015 **PRIVATE USE**

WILLIAMS, BILLY          Tr. Ct. No. 872483-A

PRESORTED FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1R        $ 00.26⁵
0006557458   MAR 02 2015
MAILED FROM ZIP CODE 78701

WR-82,914-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RB
not on unit

BILLY WILLIAMS
POLUNSKY UNIT - TDC # 1042330
3872 FM 350 S.
LIVINGSTON, TX 77351          R E F